USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1544 MOSHE ROTHMAN, Plaintiff, Appellant, v. COMMONWEALTH OF MASSACHUSETTS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Moshe Rothman on brief pro se. _____________ Frank E. Reardon, Kenneth R. Kohlberg, Amy M. Campbell and Hassan ________________ ___________________ _______________ ______ & Reardon, P.C. on Notice of Objection for appellees. _______________ ____________________ October 1, 1997 ____________________ Per Curiam. Plaintiff's action was properly ___________ dismissed for the reasons stated in the district court's February 13, 1997 order. Affirmed. Loc. R. 27.1. ________ -2-